IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-00775-ZLW

BALIN ALLEN,

    Plaintiff,

v.

JP MORGAN CHASE HOME LOANS,
JAMES S. DIMON, CEO U.S. Consumer, and
ALL PERSONS UNKNOWN (claiming any legal or equitable right, title, estate, lien, or
    interest in the property described in the complaint adverse to Plaintiff's title, or
    any cloud upon Plaintiff's title thereto),

    Defendants.

## MINUTE ORDER

ORDER ENTERED BY SENIOR JUDGE ZITA LEESON WEINSHIENK

    On September 7, 2010, Plaintiff filed an "Emergency Motion" requesting an evidentiary hearing and an order to show cause (Doc. No. 13). The Motion is DENIED as moot. This case was dismissed by a judgment and an order filed on June 3, 2010.

    Dated: September 20, 2010